AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BYRON DONNELLE CLAY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:23-cv-110

SHERIFF NEAL JUMP, and M. MORALES,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the October 17, 2024 Order, the Court dismisses without prejudice Plaintiff's Complaint and denies Plaintiff in forma pauperis status on appeal. This civil action stands closed.

Approved by: *[signature]*

Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

October 18, 2024
Date

John E. Triplett, Clerk of Court
Clerk

Ann Duke
(By) Deputy Clerk

GAS Rev 10/2020